UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-MJ-1577

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF ) <br> THE UNITED STATES OF AMERICA ) <br> FOR A CRIMINAL COMPLAINT AND ARREST ) <br> WARRANT ON: ) <br> ) <br> GEORGE LINCOLN STANLEY IV ) <br> ) | **ORDER TO UNSEAL** |

Upon motion of the Government, the previously submitted Affidavit in the above-captioned matter is hereby ORDERED unsealed.

SO ORDERED.

June 12, 2015
DATE

*Robert T Numbers II*
United States Magistrate Judge