IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-00166-M-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| GEORGE LINCOLN STANLEY IV, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on Defendant's pro se "Motion to Correct a Clerical Error Pursuant to Federal Rules of Civil Procedure 36." DE 521. Having reviewed the record and finding no errors, Defendant's motion is DENIED.

First, Defendant asserts that page one of the Judgment lists an incorrect citation of the conspiracy statute for Count One. The court finds that the Judgment is consistent with the operative Superseding Indictment and discerns no error.

Second, Defendant contends that page one of the Judgment incorrectly lists "counts one through three of the Indictment" as dismissed. The Judgment is correct; Defendant was found guilty of counts one and two of the Superseding Indictment, count three of the Superseding Indictment was dismissed prior to trial, and the court announced at sentencing that counts one through three of the original Indictment, in which Defendant was named, would be dismissed.

Third, Defendant disputes the "offense ended" dates on page one of the Judgment; however, these dates are consistent with the operative Superseding Indictment and the court finds no error.

Finally, Defendant asserts that the court's order of the mandatory special assessment is not properly noted on page six of the Judgment. Defendant is incorrect; page six of the Judgment properly reflects the court's order of the special assessment fee.

SO ORDERED this 1st day of April, 2025.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE